IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN TOM SMITH<br>310 Ellsworth Drive<br>Silver Spring, MD 20910<br><br>               Plaintiff,<br><br>     v.<br><br>J. DAVID PAULISON, Administrator,<br>Federal Emergency Management Agency<br>500 C Street, S.W.<br>Washington, D.C. 20472<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1045 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                         Respectfully submitted,

                                         _____/s/_____
                                         CLAIRE WHITAKER, Bar #354530
                                         Assistant United States Attorney
                                         555 Fourth Street, N.W.
                                         Room E4204
                                         Washington, D.C.  20530
                                         (202)514-7137