IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN TOM SMITH,<br>310 Ellsworth Drive<br>Silver Spring MD 20910<br><br>  Plaintiff,<br><br>v.<br><br>J. DAVID PAULISON, ADMINISTRATOR,<br>FEDERAL EMERGENCY MANAGEMENT<br>AGENCY,<br>500 C Street SW<br>Washington, DC 20472<br><br>  Defendant. | **Civil Action No.** 07-1045  RMU<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

## Notice of Appearance

Plaintiff notes the appearance of the following attorneys as representative(s) and/or co-representatives:

>James L. Fuchs, Esq.
>Law Offices of Snider & Associates, LLC
>104 Church Lane Suite 201
>Baltimore, Maryland 21208
>410-653-9060 Phone
>410-653-9061 Fax

Dated: October 18, 2007  
Baltimore, MD

Respectfully Submitted,

/s/
James L. Fuchs, Esq. Bar No. 454514  
Law Offices of Snider & Associates, LLC  
104 Church Lane Suite 100  
Baltimore, Maryland 21208  
410-653-9060 Phone  
410-653-9061 Fax

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN TOM SMITH,<br>310 Ellsworth Drive<br>Silver Spring MD 20910<br><br>    Plaintiff,<br><br>v.<br><br>J. DAVID PAULISON, ADMINISTRATOR,<br>FEDERAL EMERGENCY MANAGEMENT<br>AGENCY,<br>500 C Street SW<br>Washington, DC 20472<br><br>    Defendant. | **Civil Action No.** 07-1045 RMU<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

## Notice of Appearance

Plaintiff notes the appearance of the following attorneys as representative(s) and/or co-representatives:

    James L. Fuchs, Esq.
    Law Offices of Snider & Associates, LLC
    104 Church Lane Suite 201
    Baltimore, Maryland 21208
    410-653-9060 Phone
    410-653-9061 Fax

Dated: October 18, 2007  Respectfully Submitted,
Baltimore, MD

/s/
James L. Fuchs, Esq. Bar No. 454514
Law Offices of Snider & Associates, LLC
104 Church Lane Suite 100
Baltimore, Maryland 21208
410-653-9060 Phone
410-653-9061 Fax

Attorneys for Plaintiff