UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN TOM SMITH,     )
                    )
    Plaintiff,      )       **Civil Action No.** 07-1045 (RMU)
                    )       **JURY DEMAND**
v.                  )
                    )
J. DAVID PAULISON, ADMINISTRATOR,  )
FEDERAL EMERGENCY MANAGEMENT       )
AGENCY,             )
                    )
    Defendant.      )

## SCHEDULING ORDER

It is hereby ORDERED and DECREED on this _____ day of _____, 2008 that the schedule in this matter shall be as follows:

(1) Discovery in this case is stayed until February 15, 2008, to allow the parties to attempt mediation with the assistance of the Magistrate Judge.

(2) The deadline for completing all fact is discovery is May 14, 2008.

(3) The deadline for filing dispositive motions is June 13, 2008 (Plaintiff's Proposal)   July 12, 2008 (Defendant's Proposal).

(4) The deadline for Plaintiff to provide Defendant with Plaintiff's expert report(s) is May 16, 2008.

(5) The deadline for Defendant to provide Plaintiff with Defendant's expert report(s) is June 16, 2008.

The deadline for completing all expert discovery is July 16, 2008.

                                          Hon. Ricardo M. Urbina
                                          U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 17, 2007, I filed the foregoing electronically using the Court's ECF system, which will automatically provide notice to the following attorneys: Claire M. Whitaker.

                                      __/s/_____
                                      James L. Fuchs, Esq.