IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOHN TOM SMITH**                                    )
                                                      )
                                                      )
                                                      )
310 Ellsworth Drive                                   )
Silver Spring, MD  20910                              )
                                                      )
**Plaintiff**.                                        )
                                                      )        Civil Action. No.07-1045 (RUM)
                                                      )
                                                      )
v.                                                    )
                                                      )
**J. DAVID PAULISON, ADMINISTRATOR,**                 )
**FEDERAL EMERGENCY MANAGEMENT**                      )
**AGENCY**,                                           )
                                                      )
500 C Street SW                                       )
Washington, DC 20472                                  )
                                                      )
**Defendant.**                                        )
                                                      )

PLAINTIFF'S CORRECTING EARLIER SUBMISSION

Plaintiff John Tom Smith, by his undersigned counsel, corrects Plaintiff's Motion for

Permission to File Amended Complaint, dated January 2, 2008 ("Plaintiff's Motion").  The

caption and title of Plaintiff's Motion should be as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOHN TOM SMITH**                                    )
                                                      )
                                                      )
310 Ellsworth Drive                                   )
Silver Spring, MD  20910                              )
                                                      )

**Plaintiff**         )
             )   Civil Action. No.07-1045 (RUM)
             )
             )
v.            )
             )
**J. DAVID PAULISON, ADMINISTRATOR,** )
**FEDERAL EMERGENCY MANAGEMENT** )
**AGENCY,**         )
             )
500 C Street SW       )
Washington, DC 20472     )
             )
**Defendant**.        )
_____ )

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Respectfully submitted,

 s/James L. Fuchs_____
James L. Fuchs, Esq., #454514
Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, Maryland 21208
410-653-9060 phone
410-653-9061 fax
jfuchs@sniderlaw.com
ecf@sniderlaw.com
Attorneys for Plaintiff