UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN TOM SMITH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1045 (RMU) |
| | ) | |
| J. DAVID PAULISON, Administrator, | ) | |
| Federal Emergency Management Agency | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE SET FOR 2/26/08**

Defendant, J. David Paulison, Administrator of the Federal Emergency Management Agency (hereinafter, "FEMA"), files this Joint Motion to Continue the Status Conference scheduled for February 26, 2008, at 11:30 a.m., to March 11, 2008, at 11:15 a.m. The reasons for this request are as follows:

On February 21, 2008, Defendant's counsel primarily assigned to this case was unexpectedly required to defend the Office of Personnel Management at a deposition in Kline v. Springer, Civil Action No. 451 (D.D.C.), as plaintiff served a subpoena on a former agency witness in that case on about February 8, 2008, but failed to serve defendant's counsel. Because defendant learned of the subpoena with insufficient time to file a motion to quash or obtain emergency review, the government witnesses (and therefore defendant's counsel) were required to attend the deposition. As a result, the mediation before Judge Facciola on that same day in this case had to be cancelled. It has now been rescheduled for March 6, 2008, at 3:30 p.m. Because the mediation has been rescheduled, the parties believe it is in their interest and in the interest of conserving the resources of the Court, that the status conference of February 26, 2008,

be rescheduled. Accordingly, it is respectfully requested that the status conference of February 26, 2008, at 11:30 a.m., be rescheduled to March 11, 2008, at 11:15 am. A proposed order is attached.

Because the rescheduling will have impact on the proposed scheduling order in this case, the parties have also prepared a revised scheduling order to govern to remainder of this litigation. That proposed scheduling order is also attached.

                                             Respectfully submitted,

                                             /s/
                                    JEFFREY A. TAYLOR , D.C. Bar # 498610
                                    United States Attorney

                                             /s/
                                    RUDOLPH CONTRERAS, D.C. Bar # 434122
                                    Assistant United States Attorney

                                             /s/
                                    CLAIRE WHITAKER, D.C. Bar # 354530
                                    Assistant United States Attorney
                                    United States Attorneys Office
                                    Civil Division
                                    555 4th Street, N.W., Room E-4204
                                    Washington, D.C. 20530
                                    (202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN TOM SMITH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J. DAVID PAULISON, Administrator, )<br>Federal Emergency Management Agency )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1045 (RMU) |

ORDER

UPON CONSIDERATION of the parties' Joint Motion to Continue and for good cause shown, it is this _____ day of _____, 2008

HEREBY ORDERED that said motion is granted. The status conference scheduled for February 26, 2008, has been rescheduled for March 11, 2008, at 11:15 am.

_____
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JOHN TOM SMITH, | ) | |
|  | ) | |
| Plaintiff, | ) | **Civil Action No.** 07-1045 (RMU) |
|  | ) | **JURY DEMAND** |
| v. | ) | |
|  | ) | |
| J. DAVID PAULISON, ADMINISTRATOR, | ) | |
| FEDERAL EMERGENCY MANAGEMENT | ) | |
| AGENCY, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

**SCHEDULING ORDER**

It is hereby ORDERED and DECREED on this _____ day of _____, 2008, that the schedule in this matter shall be as follows:

(1) Discovery in this case is stayed until March 7, 2008, to allow the parties to attempt mediation with the assistance of the Magistrate Judge.

(2) The deadline for completing all fact discovery is July 7, 2008.

(3) The deadline for Plaintiff to provide Defendant with Plaintiff's expert report(s) is July 22, 2008.

(4) The deadline for Defendant to provide Plaintiff with Defendant's expert report(s) is August 22, 2008.

(5) The deadline for filing dispositive motions is September 22, 2008 (Plaintiff's Proposal)   October 23, 2008 (Defendant's Proposal).

The deadline for completing all expert discovery is September 10, 2008.

                                                Hon. Ricardo M. Urbina
                                                U.S. District Judge