IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN TOM SMITH,<br>310 Ellsworth Drive<br>Silver Spring MD 20910<br><br>    Plaintiff,<br><br>v.<br><br>J. DAVID PAULISON, ADMINISTRATOR,<br>FEDERAL EMERGENCY MANAGEMENT<br>AGENCY,<br>500 C Street SW<br>Washington, DC 20472<br><br>    Defendant. | **Civil Action No.** 07-1045 (RMU)<br><br>**JURY TRIAL DEMANDED** |

### CONSENT MOTION TO CHANGE MEDIATION DATE

Plaintiff, by his undersigned counsel, moves to have the mediation date changed from August 20, 2008 to another date suggested by this Court. Plaintiff's counsel has a hearing scheduled for August 20, 2008 in the case *Pridgen v.* Jackson, and is scheduled to be in Atlanta accordingly. Defendant was contacted and consents to a different day.

1

2

WHEREFORE, Plaintiff requests that his motion be granted.

                    Respectfully submitted,

                    /s/

                    _____
                    James L. Fuchs, Esq.  (DC: Bar No. 454514)
                    Snider & Associates, LLC
                    104 Church Lane, Suite 100
                    Baltimore, Maryland 21208
                    410-653-9060 phone; 410-653-9061 fax
                    jfuchs@sniderlaw.com; ecf@sniderlaw.com

                    Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN TOM SMITH,<br>310 Ellsworth Drive<br>Silver Spring MD 20910<br><br>    Plaintiff,<br><br>v.<br><br>J. DAVID PAULISON, ADMINISTRATOR,<br>FEDERAL EMERGENCY MANAGEMENT<br>AGENCY,<br>500 C Street SW<br>Washington, DC 20472<br><br>    Defendant. | **Civil Action No.** 07-1045 (RMU)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

It is hereby ordered that Plaintiff's Consent Motion to Change the Mediation Date from August 20, 2008 to another date suggested by this Court is granted, and it is hereby ordered that said mediation be scheduled on _____, 2008.

_____   _____

      United States District Judge           Dated

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN TOM SMITH,<br>310 Ellsworth Drive<br>Silver Spring MD 20910<br><br>    Plaintiff,<br><br>v.<br><br>J. DAVID PAULISON, ADMINISTRATOR,<br>FEDERAL EMERGENCY MANAGEMENT<br>AGENCY,<br>500 C Street SW<br>Washington, DC 20472<br><br>    Defendant. | **Civil Action No.** 07-1045 (RMU)<br><br>**JURY TRIAL DEMANDED** |

I HEREBY CERTIFY that a copy of the Consent Motion to Change the Mediation Date was served on defendant's counsel by electronic filing, or this means should fail, by mail, postage prepaid, and addressed as follows:

1

Claire Whitaker, D.C. Bar # 35453
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-5134

*Attorneys for Defendant*


Date:  August 6, 2008

_____/s/_____
James L. Fuchs, Esq.
Law Offices of Snider & Associates, LLC
104 Church Lane Suite 100
Baltimore, Maryland 21208
410-653-9060 Phone
410-653-9061 Fax
jfuchs@sniderlaw.com