**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
JOHN TOM SMITH,               )
310 Ellsworth Drive           )
Silver Spring MD 20910        )
                              )
        Plaintiff,            )     Civil Action No. 07-1045 (RMU)
                              )
v.                            )
                              )     JURY TRIAL DEMANDED
                              )
J. DAVID PAULISON, ADMINISTRATOR, )
FEDERAL EMERGENCY MANAGEMENT  )
AGENCY,                       )
500 C Street SW               )
Washington, DC 20472          )
                              )
        Defendant.            )
_____)
```

## ORDER

It is hereby ordered that Plaintiff's Consent Motion to Vacate the Mediation, presently scheduled for August 28, 2008, is granted

_____     _____

        Hon. John M. Facciola
        United States District Judge        Dated

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                                    )
JOHN TOM SMITH,                              )
310 Ellsworth Drive                                )
Silver Spring MD 20910                       )
                                                                    )
    Plaintiff,                                       )    **Civil Action No.** 07-1045 (RMU)
                                                                    )
v.                                                               )
                                                                    )    **JURY TRIAL DEMANDED**
                                                                    )
J. DAVID PAULISON, ADMINISTRATOR,  )
FEDERAL EMERGENCY MANAGEMENT   )
AGENCY,                                                  )
500 C Street SW                                       )
Washington, DC 20472                           )
                                                                    )
    Defendant.                                   )
_____ )


## **ORDER**

It is hereby ordered that Plaintiff's Consent Motion to Vacate the Mediation, presently scheduled for August 28, 2008, is granted

_____    _____

    Hon. John M. Facciola
    United States District Judge        Dated

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN TOM SMITH,<br>310 Ellsworth Drive<br>Silver Spring MD 20910<br><br>    Plaintiff,<br><br>v.<br><br>J. DAVID PAULISON, ADMINISTRATOR,<br>FEDERAL EMERGENCY MANAGEMENT<br>AGENCY,<br>500 C Street SW<br>Washington, DC 20472<br><br>    Defendant. | **Civil Action No.** 07-1045 (RMU)<br><br>**JURY TRIAL DEMANDED** |

I HEREBY CERTIFY that a copy of the Consent Motion to Vacate the Mediation was served on defendant's counsel by electronic filing, or this means should fail, by mail, postage prepaid, and addressed as follows:

1

Claire Whitaker, D.C. Bar # 35453
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-5134

*Attorneys for Defendant*


Date:  August 7, 2008

              _____/s/_____
              James L. Fuchs, Esq.
              Law Offices of Snider & Associates, LLC
              104 Church Lane Suite 100
              Baltimore, Maryland 21208
              410-653-9060 Phone
              410-653-9061 Fax
              jfuchs@sniderlaw.com